O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-1561 AHM (JCx) | Date | March 13, 2009 |
|---|---|---|---|
| Title | LEE M. MARTIN v. INDYMAC BANK | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

  This case has been removed from the Superior Court of the State of California.  If Plaintiff wishes to seek equitable relief, including a preliminary injunction or a temporary restraining order ("TRO"), she must file an application for such relief.  *See* Local Rule 65-1.

|  | : |
|---|---|
| Initials of Preparer | SMO |